BORGER, APPELLEE, *v.* UTICA MUTUAL INSURANCE COMPANY, APPELLANT.

[Cite as *Borger v. Utica Mut. Ins. Co.,*
105 Ohio St.3d 95, 2005-Ohio-570.]

(No. 2004–1396—Submitted February 2, 2005—Decided March 2, 2005.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Hollon v. Clary,* 104 Ohio St.3d 526, 2004-Ohio-6772, 820 N.E.2d 881.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

RESNICK and PFEIFER, JJ., dissent.

Thorson, Switala, Wilkins & Snead, Gilbert B. Switala, and Joseph J. Mondock, for appellee.

Freund, Freeze & Arnold, Christopher W. Carrigg, and Charity S. Robl, for appellant.